UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAURETSI SAIZARBITORIA,

                              Plaintiff,                      Case No.: 1:22-cv-03297 (ER)
    -against-

                                                         **DEFAULT JUDGMENT**

TROPIX MEDIA & ENTERTAINMENT,
TROPIX HOLDINGS LLC, TROPIX, INC.,
MARIO BAEZA,

                              Defendants.
-----------------------------------------------------------------------X

      This action having been commenced on April 22, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendants, TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX, INC. and MARIO BAEZA, on May 14, 2022 by personally serving Daniel, Security for River Ridge, a person of suitable age and discretion at the home address of Mario Baeza, Chief Executive Officer of Tropix Media and Entertainment/Tropix Holdings LLC/Tropix Inc., located at 200 Old Palisade Road, Fort Lee, NJ 07024 and proof of service having been filed on May 24, 2022, and copy of the Summons and Complaint having been served by Certified Mail and First-Class Mail on May 18, 2022 upon Defendants TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX, INC. and MARIO BAEZA at the home address of Mario Baeza, Chief Executive Officer of Tropix Media and Entertainment/Tropix Holdings LLC/Tropix Inc., located at 200 Old Palisade Road, Fort Lee, NJ 07024 and proof of service having been filed on May 24, 2022 and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Plaintiff, JAURETSI SAIZARBITORIA, have judgment against the Defendants, TROPIX MEDIA & ENTERTAINMENT, TROPIX HOLDINGS LLC, TROPIX, INC. and MARIO BAEZA, jointly and severally, in the liquidated amount of $41,601.18, statutory damages in the amount of $10,000.00 for failure to furnish Plaintiff with wage statements and failure to establish, maintain and preserve payroll records, plus costs and disbursements of this action in the amount of $593.11, plus attorneys' fees incurred by Plaintiff in this action in the amount of $9,253.37, amounting in all to $61,448.28.

Dated: New York, New York

      June 30, 2023

                                                                 United States District Judge Edgardo Ramos